**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>     Plaintiff,<br><br>   v.<br><br>**WILLIAM BOSMA**<br><br>     Defendant. | CR NO: 1:24-MJ-00027 BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
 ☒ Ad Prosequendum    ☐ Ad Testificandum

Name of Detainee: William Bosma
Detained at: Tulare County South County facility
Detainee is: a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
       charging detainee with: _____
 or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will: a.) ☐ return to the custody of detaining facility upon termination of proceedings
 or b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on March 22, 2024 at 2:00 PM in Courtroom 9 in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Antonio J. Pataca |
| Printed Name & Phone No: | ANTONIO J. PATACA |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum    ☐ Ad Testificandum

  The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, on March 22, 2024, at 2:00 PM in Courtroom 9, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **March 19, 2024**

*/s/ Barbara A. McAuliffe*
Honorable Barbara A. McAuliffe
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒Male ☐Female | |
| Booking or CDC #: | | DOB: | 12/3/1970 |
| Facility Address: | 1960 West Scranton, Porterville | Race: | White |
| Facility Phone: | 559-782-7800 | FBI#: | 543676WA0 |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____
           (signature)